Sergio Armondo PONCE–RIOS a/k/a
Ramiro Banda–Acosta,
Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47877.

Missouri Court of Appeals,
Western District.

April 26, 1994.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and KENNEDY and ULRICH, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).